Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 4th, 2023
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHMIDT,<br><br>Defendant. | NO. **CR23-158 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

*(Attempt to Deliver National Defense Information)*

Beginning in or about February 2020, and continuing through in or about July 2020, in locations outside the jurisdiction of any particular state or district, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court for the Western District of Washington pursuant to Title 18, United States Code, Section 3238, as the last known residence of the offender, JOSEPH DANIEL SCHMIDT, having unauthorized possession of, access to, and control over information relating to the national defense, which JOSEPH DANIEL SCHMIDT had reason to believe could be used to the injury of the United States and to the advantage of

Indictment - 1
*United States v. Joseph Daniel Schmidt*
USAO# 2023R01049

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 any foreign nation, did willfully attempt to communicate, deliver, and transmit, and
2 attempt to cause to be communicated, delivered, and transmitted, said information to a
3 person not entitled to receive it.
4     All in violation of Title 18, United States Code, Section 793(e).
5 //
6 //
7 //
8 //
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

Indictment - 2
*United States v. Joseph Daniel Schmidt*
USAO# 2023R01049

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### *(Retention of National Defense Information)*

Beginning in or about February 2020, and continuing through in or about July 2020, in locations outside the jurisdiction of any particular state or district, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court for the Western District of Washington pursuant to Title 18, United States Code, Section 3238, as the last known residence of the offender, JOSEPH DANIEL SCHMIDT, having unauthorized possession of, access to, and control over information relating to the national defense, which JOSEPH DANIEL SCHMIDT had reason to believe could be used to the injury of the United States and to the advantage of any foreign nation, did willfully retain said information and fail to deliver it to the officer or employee of the United States entitled to receive it.

All in violation of Title 18, United States Code, Section 793(e).

A TRUE BILL: *yes*

DATED: *October 4, 2023*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

TESSA M. GORMAN
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney

Indictment - 3
*United States v. Joseph Daniel Schmidt*
USAO# 2023R01049

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970