The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHMIDT,<br><br>Defendant. | NO. CR23-158 JCC<br><br>DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR DETENTION |

The government hereby files the Declaration of Federal Bureau of Investigation Special Agent Brandon Tower, in support of the Motion for Detention filed in this matter.

DATED this 6th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov

Government's Declaration in Support of Detention – 1
*U.S. v. Schmidt*, CR23-158 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970