# Andy Quach

| | |
|---|---|
| **From:** | ECF-CAND |
| **Sent:** | Wednesday, October 11, 2023 12:05 PM |
| **To:** | CAND EFiling |
| **Subject:** | Activity in Case 3:23-mj-71511-MAG USA v. Schmidt Notice of Criminal Case Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 10/11/2023 at 12:03:05 PM and filed on 10/11/2023
**Case Name:**  USA v. Schmidt
**Case Number:**  [3:23-mj-71511-MAG](#)
**Filer:**
**WARNING: CASE CLOSED on 10/10/2023**
**Document Number:** 10 (No document attached)

**Docket Text:**
**NOTICE OF CRIMINAL CASE TRANSFER.**

**Case transfer from California Northern to Western District of Washington of a Rule 5 Appearance as to Joseph Daniel Schmidt. Your case number is: 23-cr-158-JCC. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov**
*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* **(exl, COURT STAFF) (Filed on 10/11/2023)**

**3:23-mj-71511-MAG- 1 Notice has been electronically mailed to:**

S. Waqar Hasib    waqar.hasib@usdoj.gov, CaseView.ECF@usdoj.gov, rosario.calderon2@usdoj.gov

Severa Keith    Severa_Keith@fd.org, mary_tran@fd.org

**3:23-mj-71511-MAG- 1 Please see [Local Rule 5-5](#); Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 10/11/2023 at 12:05 PM*