UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH DANIEL SCHMIDT, | Case No. CR23-158 JCC<br><br>DETENTION ORDER |

Mr. Schmidt is charged with Attempt to Deliver National Defense Information, 18 U.S.C. § 793(e) and Retention of National Defense Information, 18 U.S.C. § 793(e). The Court held a detention hearing on October 30, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The Government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2). The court finds there is sufficient evidence that Mr. Schmidt is a serious risk of flight due to the ties he has with a foreign country, including a wife and child in the foreign country as well as an apartment.

2. Mr. Schmidt lacks ties with the United States. Although his extended family lives

DETENTION ORDER - 1

in Arizona, it appears Mr. Schmidt has not had contact with this family in over three years.

3.  Mr. Schmidt poses a danger to the community as the allegations are that he was willing to share national secrets with a foreign government. The secret information is not in documents but rather Mr. Schmidt's memory and the court cannot mitigate the danger that he would share this information with foreign governments.

4.  Mr. Schmidt is alleged to have admitted to law enforcement that he engaged in the conduct leading to the charges in the indictment.

5.  Mr. Schmidt poses a risk of nonappearance due to his foreign travel. Mr. Schmidt poses a risk of danger due to the community due to the nature of the offense charged. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Schmidt's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Schmidt shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Schmidt shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Schmidt is confined shall deliver Mr. Schmidt to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Schmidt, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _30th_ day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3