THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-0158-JCC |
|---|---|
| Plaintiff, | CASE SCHEDULING ORDER |
| v. | |
| JOSEPH DANIEL SCHMIDT, | |
| Defendant. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | December 1, 2023 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B) and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c) | March 1, 2024 |
| Government to provide expert witness disclosures and discovery under Rule 16(a)(1)(G) and Local CrR 16(d) | April 5, 2024 |
| Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1; mental health defenses under Fed. R. Crim. P. 12.2; and/or public-authority defense under Fed. R. Crim. P. 12.3 | June 7, 2024 |
| Defense to provide expert witness disclosures and discovery under Fed. R. Crim. P. 16(b)(1)(C) and Local CrR 16(d) | June 7, 2024 |

CASE SCHEDULING ORDER – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | Deadline for government to file motions pursuant to the Classified Information Procedures Act (CIPA) | June 7, 2024 |
| 2 | Deadline for defense to file pretrial motions (including suppression motions) related to evidence or information obtained or derived pursuant to the Foreign Intelligence Surveillance Act (FISA) | June 7, 2024 |
| 3 | Deadline to file motions for depositions under Rule 15 | August 2, 2024 |
| 4 | Government to provide rebuttal expert witness disclosures and discovery under Rule 16(a)(1)(G) and Local CrR 16(d) | September 6, 2024 |
| 5 | Deadline to file other pretrial motions | September 6, 2024 |
| 6 | Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | September 6, 2024 |
| 7 | Parties to file motions re: Rule 404(b) and initial motions *in limine* | October 4, 2024 |
| 8 | Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | November 1, 2024 |
| 9 | Defendants' production of Rule 26.2 statements | November 8, 2024 |
| 10 | Deadline for completion of Rule 15 depositions (if any) | November 15, 2024 |
| 11 | Government's filing of witness list and exhibit lists (case-in-chief) | December 6, 2024 |
| 12 | Defendants' filing of witness list and exhibit lists | December 13, 2024 |
| 13 | Deadline to file remaining motions *in limine* | December 13, 2024 |
| 14 | Proposed jury instructions, voir dire, and verdict form | January 3, 2025 |
| 15 | Trial | January 13, 2025 |

//

IT IS SO ORDERED

DATED this 13th day of November 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Todd Greenberg*
 Todd Greenberg
Assistant United States Attorney

*s/ Dennis Carroll*
Dennis Carroll
Assistant Federal Public Defender
Counsel for Joseph Daniel Schmidt