THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-0158-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH DANIEL SCHMIDT, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for a competency examination (Dkt. No. 22). Based upon counsel's representations, there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(a). Accordingly, the Court ORDERS:

1. A competency examination be conducted on Defendant pursuant to 18 U.S.C. §§ 4241 and 4247(b);

2. The exam shall be conducted at the Federal Detention Center ("FDC") in SeaTac, Washington, within 30 days of this order, and shall be videotaped pursuant to 18 U.S.C. § 4247(f);

ORDER
CR23-0158-JCC
PAGE - 1

3. The examining psychiatrist and/or psychologist shall prepare an examination report, file that report with the Court, and provide copies to counsel for Defendant and the United States pursuant to 18 U.S.C. § 4247(c);

4. The Clerk is DIRECTED to file and maintain the resulting report, once received, under seal;

5. FDC SeaTac shall assess Defendant for psychotropic medications as soon as possible.

DATED this 1st day of March 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE