THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-0158-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH DANIEL SCHMIDT, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On March 1, 2024, this Court granted defense counsel's unopposed motion for a competency exam. (*See* Dkt. No. 24.) In its order, the Court instructed the Bureau of Prisons ("BOP") to conduct the exam at the Federal Detention Center ("FDC") in SeaTac, Washington, within 30 days of the order. (*Id.* at 1.) On March 15, 2024, the Court received a letter from BOP requesting an extension of the 30-day deadline. According to BOP, Defendant was committed to FDC SeaTac on March 12, 2024, for his evaluation. BOP is thus requesting the 30-day statutory period begin on that date. Additionally, because the assigned psychologist will be in training for a week, BOP is requesting a 15-day extension.

Finding good cause under 18 U.S.C. § 4247(b), the request is GRANTED. The evaluation period shall end on April 26, 2024.

//

ORDER
CR23-0158-JCC
PAGE - 1

DATED this 18th day of March 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE