The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHMIDT,<br><br>Defendant. | NO. CR23-158 JCC<br><br>[~~PROPOSED~~] ORDER REGARDING MENTAL COMPETENCY RESTORATION |

THE COURT, having reviewed Defendant's Motion Requesting Examination of Defendant's Mental State, the Forensic Evaluation report prepared by Dr. Cynthia A. Low, Ph.D., dated April 28, 2024, and the entirety of the file in this matter, hereby finds, by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore,

IT IS ORDERED that the defendant be committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), and that the Attorney General shall hospitalize the defendant for treatment in a suitable facility to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity

Order Re: Mental Competency & Restoration – 1
*United States v. Schmidt*, CR23-158 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to permit the proceedings to go forward and, if appropriate, to undergo competency restoration treatment, which may include, as necessary, individual therapy;

IT IS FURTHER ORDERED that this hospitalization shall be for a reasonable period of time, not to exceed four months, commencing from the date of designation of a suitable facility by the Bureau of Prisons, and that this period of time may be extended for an additional reasonable period of time only upon further Order of this Court;

IT IS FURTHER ORDERED that, no later than upon the completion of the aforementioned four-month period, the mental health professionals acting on behalf of the Attorney General shall prepare a report of their examination of the defendant and of his competency status, and that this report be filed with the Court, with copies provided to counsel for the defendant and the government;

IT IS FURTHER ORDERED that the United States Marshals Service shall arrange for the transportation of the defendant at government expense to and from the facility designated by the Bureau of Prisons and that such transportation be carried out in a way that avoids unreasonable delays;

IT IS FURTHER ORDERED that the defendant shall cooperate with the persons performing this examination and competency restoration treatment; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the defendant's mental competency, including any time leading up to and including the Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//
//
//
//

Order Re: Mental Competency & Restoration – 2
*United States v. Schmidt*, CR23-158 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS FURTHER ORDERED that, considering the anticipated delay to the
2 proceedings as noted above, the Case Scheduling Order entered in this matter (Dkt. No.
3 20) is hereby stayed. The parties are instructed to submit for the Court's consideration a
4 Revised Case Scheduling Order at the conclusion of the competency proceedings.

6 IT IS SO ORDERED.
7   Dated this 2nd day of May 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney



*/s Dennis Carroll*
DENNIS CARROLL
Assistant Federal Public Defender
Counsel for Joseph Daniel Schmidt

Order Re: Mental Competency & Restoration – 3
*United States v. Schmidt*, CR23-158 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970