UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHMIDT,<br><br>Defendant. | NO. CR23-158 JCC<br><br>[PROPOSED]<br>ORDER CONTINUING TRIAL |

Having considered the record and the parties' joint motion to continue the trial, and for the reasons set forth in the parties' motion, the Court grants the motion and ORDERS as follows:

1. This case is complex due to the nature of the prosecution and large volume of discovery materials, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The failure to grant a continuance of the trial date in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

3. The failure to grant a continuance of the trial date in this case also would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).
4. The ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
5. The time between the date this Order is issued and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i).

THEREFORE, IT IS HEREBY ORDERED that the trial in this matter is continued until March 2, 2026. The Court shall also enter an Amended Case Scheduling Order containing additional filing and other deadlines in this matter.

Dated this 7th day of March, 2025.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Todd Greenberg*
 Todd Greenberg
Assistant United States Attorney

*s/ Dennis Carroll*
Dennis Carroll
Assistant Federal Public Defender
Counsel for Joseph Daniel Schmidt