UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-158 JCC |
|---|---|
| Plaintiff, | [PROPOSED] AMENDED CASE SCHEDULING ORDER |
| v. | |
| JOSEPH DANIEL SCHMIDT, | |
| Defendants. | |

The Court hereby ORDERS the parties to abide by the following case schedule:

| EVENT | DATE ORDERED |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | December 1, 2023 |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B) and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c) | May 5, 2025 |
| Government to provide expert witness disclosures and discovery under Rule 16(a)(1)(G) and Local CrR 16(d) | August 4, 2025 |
| Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1; mental health defenses under Fed. R. Crim. P. 12.2; and/or public-authority defense under Fed. R. Crim. P. 12.3 | August 4, 2025 |

| Defense to provide expert witness disclosures and discovery under Fed. R. Crim. P. 16(b)(1)(C) and Local CrR 16(d) | August 4, 2025 |
|---|---|
| Deadline for government to file motions pursuant to the Classified Information Procedures Act (CIPA) | August 4, 2025 |
| Deadline for defense to file pretrial motions (including suppression motions) related to evidence or information obtained or derived pursuant to the Foreign Intelligence Surveillance Act (FISA) | August 4, 2025 |
| Deadline to file motions for depositions under Rule 15 | September 1, 2025 |
| Government to provide rebuttal expert witness disclosures and discovery under Rule 16(a)(1)(G) and Local CrR 16(d) | October 6, 2025 |
| Deadline to file other pretrial motions | October 6, 2025 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | October 6, 2025 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | November 3, 2025 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | December 15, 2025 |
| Defendants' production of Rule 26.2 statements | December 22, 2025 |
| Deadline for completion of Rule 15 depositions (if any) | January 5, 2026 |
| Government's filing of witness / exhibit lists (case-in-chief) | January 26, 2026 |
| Defendants' filing of witness list and exhibit lists | February 2, 2026 |
| Deadline to file remaining motions *in limine* | February 2, 2026 |
| Proposed jury instructions, voir dire, and verdict form | **February 16, 2026** |
| Trial | March 2, 2026 |

IT IS SO ORDERED

DATED this 7th day of March, 2025.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Todd Greenberg*
Todd Greenberg
Assistant United States Attorney

*s/ Dennis Carroll*
Dennis Carroll
Assistant Federal Public Defender
Counsel for Joseph Daniel Schmidt