```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUN 18 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHIMIDT,<br><br>Defendant. | NO. CR23-158 JCC<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my pleas in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty to the charges contained in Count 1 and Count 2 of the Indictment in the above case, and I request and consent to the acceptance of my pleas by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//

Consent To Rule 11 Plea - 1
*United States v. Schmidt*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge issues a report and recommendation recommending that my pleas be accepted, the assigned United States District Judge will then decide whether to accept or reject my pleas of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 18th day of June, 2025.

_____
JOSEPH DANIEL SCHIMIDT
Defendant

_____
DENNIS CARROLL
Attorney for Defendant


APPROVED:

_____
TODD GREENBERG
Assistant United States Attorney

Consent To Rule 11 Plea - 2
*United States v. Schmidt*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970