UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DANIEL SCHIMIDT,<br><br>Defendant. | NO. CR23-158 JCC<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to the charges contained in Count 1 and Count 2 of the Indictment. After examining the defendant under oath, I determined that the guilty pleas were knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.

//
//
//

Report and Recommendation - 1
*United States v. Schmidt*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 18th day of June, 2025.

BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. Schmidt*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970