# Exhibit 1

October 6, 2025

Dear Judge Coughenour,

I am writing to express my profound remorse for committing crime against the United States. Looking back, it's hard for me to believe how sick I was. I truly believed I was morally obligated to reveal a government mind control program. Now that I am on medications, I can see that what I did was wrong. I should have sought help earlier, but I really believed there was a chip in my brain. I understand the need to manage my schizophrenia for the rest of my life.

I am sorry for the harm that I have caused the government, the burden I have created upon society, and the impact this has had on my family. I apologize profusely; I am profoundly grateful for the mercy and the medical treatment the government has provided during the course of my incarceration.

Sincerely,

Joseph Schmidt