# Exhibit 2

October 16, 2025
The Honorable Ricardo C. Coughenour
U.S. District Judge

Dear Judge Coughenour:

We are the parents of Joseph D. Schmidt, who will appear before you on October 28, 2025. We had lost our relationship with our son Joe, as mental illness took ahold of him. He went from an earnest, polite, warm person to a person we often struggled to understand or even, at times, recognize. We wished the best for him, but went a year at a time without even knowing his contact information. So the relationship was complicated by his medical condition, and our relative inexperience in handling it. Once we undermined his trust, before he went to Hong Kong, and tried to get him help against his will. We could see him unraveling, his many gifts shrouded by his heavy burden of illness. We feared for his life, as we watched him give up a job, car, apartment, and a great dane, The mental health system seems unable to help someone who does not realize they are ill. If we could have lied and said he threatened himself or others, they would have done something for him, but we could not, and Joey went off to Hong Kong no longer trusting us, and I really regret that, more so because it did no good.

The criminal justice system gave us back the long-lost son that mental illness took away. Slowly, week by week, we repaired our relationship with Joe. I think he understands our regret for our failures in obtaining him care. As he received care, we saw his personality, his love for all his family, and even his speech patterns, come back. His "Oh my gosh!" exclamations, his contagious puns, his incessant looking on the bright side—all back! The medicine Joe feared would take away his identity instead restored him. The much maligned criminal justice system restored my son to good mental health. I never expected this. So I find myself oddly grateful to anyone who had a hand in providing a second chance to a great kid who got lost when illness took over.

As long as Joey is medicated, I believe he will be a good person. He is welcome to share our home. We would love to help him get his life back. He has the support of his family, who will be cheering him on. We have all of us become the people we are because of his person, and we look forward to his return in our daily lives. He has heard the theme song for our Taco Tuesday, but he has not been seated at our table. My family would like to support him in finding work that suits him, and he has expressed interest in obtaining work that will help him afford the medicine that saved him. But my husband and I want to help as well. We strongly believe that his gifts can now be developed without the burden of extreme untreated illness. We do believe in helping out our kids when we think we know a way. We felt thwarted last time. Now life may give us another chance to help him, and we know some parents who didn't get a second chance to help the one who struggled. We're taking it, if and when you will allow it. The criminal justice system has helped, and I am so deeply grateful, but there is a limit to what any system can do without the love of family. My daughter is getting married next month, my mother is in the hospital, at the age of 94, and so many other parts of life, good and bad, that we want to share with him. I put him on the phone with my mother this morning and he said all the things that you would hope a grandchild would know to say to his grandmother. The unmedicated years have been replaced by a true understanding of people, starting with himself. It was so deeply moving to have him back. I would encourage him to see a competent therapist as well as a psychiatrist. I want him to understand that there should be no shame with his need for medicine, and I certainly realize, with my aging relatives, that sooner or later, we will all need some sort of medicine for mental wellness, if we are lucky enough to live long enough.

As we all hoped the best before with Joey, and we failed, this time we would like to have unconditional love and a solid plan. We are beginning to talk with Joe about this, in 15 minute increments for now. We'd like to develop a plan with him to make his mental wellness something that doesn't slip away. While I believe he is solidly behind his need for medication, I know many people relapse. I'd like to develop a protocol for him that includes proof he is taking medicine, drug and alcohol screening, and treatment of any insomnia with good sleep hygiene. He has been a horrible sleeper for many years. This could include

limiting caffeine after noon and no screen time for two hours before bed. I know that this sounds severe, but I think it could be a way to an early warning of a full relapse. In short, we are big believers in Joseph, with the medicines that he needs. Without his medicines, we will be as powerless as we were before. Love was not enough last time around. It broke all our hearts.

Joey served our country for 5 years in the Army, When he entered the Army, he was quite excited to be off to Basic Combat Training. My father, who retired from the Air Force as a First Sergeant, and I flew to Fort Jackson for Joey's graduation.  It was a very proud time for my Dad and me to attend Joey's graduation. It was uplifting to hear Joey's exciting tales of boot camp, and his eagerness to begin Advanced Individual Training at Fort Huachuca's Human Intelligence School, and subsequent language training at the Defense Language Institute.  In those days, Joey expressed his desire to make a career of military service.

When Joey was stationed at Fort Huachuca, we drove down from Phoenix on several weekends to visit him for the day. He always was bright, happy, and dedicated to his Army service. I am not sure when the mental illness robbed us of the son we raised. But by the time he was discharged from the Army, he had become impulsive and demonstrated irrational behavior. I firmly believe that his untreated mental illness drove him to the acts for which he was apprehended. Now that Joey is receiving medical treatment, I feel we have regained our lost son. As Joey's Dad, it would be an honor for me to help Joey transition back into civilian life, and regain his life and his dignity. Your Honor, I firmly believe that Joey deeply regrets his actions, and he would not have committed them had he not been suffering with mental health issues. I ask you please, Your Honor, to render a fair and just judgement in Joey's sentence, and grant this suffering veteran the same consideration and assistance which is afforded to other veterans suffering from health issues. I believe someday we will see psychiatric illness more like we do neurological conditions, without stigma or dishonor.I look forward to this future.

Sincerely,


John and Maureen Schmidt