# Exhibit 3

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| SCHMIDT, JOSEPH DANIEL | ARMY/RA | [REDACTED] |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SGT | E05 | [REDACTED] | 20221009 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PHOENIX, ARIZONA | [REDACTED] |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 0109M1CO B M1 CO ( COL FC | JB LEWIS-MCCHORD, WA 98433-9500 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CON GP (REINF) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | X NONE  AMOUNT: $ |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 35M2L HUMAN INTELLIGENCE COLLECTOR - 4 YRS 5 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2015 | 01 | 05 |
| | b. SEPARATION DATE THIS PERIOD | 2020 | 01 | 07 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0005 | 00 | 03 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 02 | 25 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 06 | 26 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2018 | 06 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed) |
|---|---|
| ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON (2ND AWARD)//ARMY SERVICE RIBBON//NOTHING FOLLOWS | ADVANCED LEADER CRS, 6 WEEKS, 2019//BASIC LEADER CRS, 4 WEEKS, 2018//COUNTERINTELLIGENCE COLLECTIONS, 1 WEEK, 2018//DEFENSE LANGUAGE INSTITUTE CHINESE-MANDARIN, 64 WEEKS, 2017//HUMAN INTELLIGENCE COLLECTOR, 18 WEEKS, 2015//HUMAN INTELLIGENCE//CONT IN BLOCK 18 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |

**18. REMARKS**
SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20141010-20150104//EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 14: OPERATIONAL MANAGEMENT, 1 WEEK, 2017//HUMAN INTELLIGENCE TRADECRAFT, 1 WEEK, 2017//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| [REDACTED] | [REDACTED] |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) WA | OFFICE OF VETERANS AFFAIRS | X YES | NO |
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: SCHMIDT.JOSEPH.DANIEL.1505210138 | 20191220 | ESIGNED BY: TONEY.ANDREA.NICOLE.1107277664  ANDREA N TONEY, GS07, LEAD HRA | 20191210 |

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | 1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) JDS |
|---|---|
| NONE | |

DD FORM 214, AUG 2009    PREVIOUS EDITION IS OBSOLETE.    SERVICE - 2
GENERATED BY TRANSPROC