# Exhibit 5

## Investigation Memorandum

To: Dennis Carroll
From: Stacey Brownstein
Re: Joseph Schmidt
Interview of: Lesley Jingyu (client's wife)
12.28.2023

**Lesley Jingyu**

Residence in Hong Kong
Currently in Mainland China on Maternity Leave

---

The following are notes taken during the November 8th and 28th 2023 WhatsApp calls with client's wife, Lesley Jingyu. Lesley speaks English well and the notes are close to verbatim of what she conveyed and the language she used.

Lesley is currently on maternity leave and is living with her family in Mainland China. Lesley's home is in Hong Kong and she will return there when her maternity leave ends. Lesley cried often throughout the November 8th call. Lesley asked to have a follow up call after we finished talking on Nov 8th because she had some questions and we spoke again on Nov 28th.

**November 8th call:**

*When did you meet Joseph?*
April 2020 in Hong Kong. We knew each other thru a dating app. Chatting on tinder. He said he wanted to go to china for a teaching job. A province in the north of china. That he was learning Chinese for 5 years. He loves Chinese culture, the achievement and development of china. Has traveled to china before. He has traveled to Taiwan before. He speaks fluent Chinese for a foreigner. We chatted and chatted really well and started to hang out. then I found out he was a really nice person. At first I only knew he stayed in Hong Kong for 4 months before going to China for work in English teaching school. Because of Covid, the travel policy the travel policy changed a lot, so he didn't get to china and had to stay in Hong Kong unwillingly. He doesn't really like Hong Kong- so he was waiting for his chance to go to china to teach English. But during his stay, we spent more time together. he was brought into my friend circle. Then we start to know each other better. He joined my friend circle and everyone knew him. we dated like this for about a year. But then a half a year after we met, he realized he over stayed in Hong Kong due to his passport. I did not know he overstayed. He didn't check the policy because he thought his passport would allow him to stay anywhere without a visa. He didn't check the immigration policy until I realized there was an issue, so he checked. His initial plan with teaching in china was ruined but didn't watch the time carefully. Then he went to immigration and found out he overstayed. Immigration tried to kick him out but then he said he had a job in

the mainland and was trying to get into the mainland. At that time, the Covid policies were very uncertain. So both Chinese authority and Hong Kong authority didn't have an answer but thought it wouldn't be long. Joe pleaded his case and a court case was brought against him. immigration let him stay if he reported every two weeks. At that time, we both didn't know how long he could stay but we knew he wouldn't be going into china any time soon. We kept hanging out in Hong Kong and that time became a year or longer. We dated for more than a year and developed a stable relationship, so he said maybe he would not try to go to china because he was happy with me. May 2021, we were dating for more than a year. He said he wanted to settle in Hong Kong with me. Before that time, as a background, the education industry in China was hit because of a new policy in 2020 trying to discourage the tutoring industry and his school did tutoring, so his school closed down so his teaching offer was no longer valid. He said he would stay in Hong Kong and look for teaching jobs in Hong Kong. In 2020 he was doing a BA in psych and looking to pursue a MA in teaching in 2021. So we could stay in HK together. my dates may be off. I saw a future path of how we could stay in HK together and him pursuing his education career. In May 2021, that is when our relationship was at it's peak and we decided to get married. I saw him as a really good partner who could provide emotional support. Which is something I yearn for because I work in a stressful industry and he provided a lot of emotional support for me in the early years of my career. He also works in the education industry, so I thought he would be a good family member and if we are going to build a family together. and then we got married.

At that time, it was still Covid and china was locked down and my family could not travel to HK for the ceremony. We had an informal ceremony and a house party with friends to celebrate. It was a really happy time. Then he graduated from his MA degree. Wait maybe not that soon. In the first year of our marriage he was still a masters student and he told me, he was a veteran and has a pension. Because he was diagnosed with depression in the military. And the military would give him 2-3 thousand because of the depression he got in the military. He told me he was recovered and no longer depressed. He appeared to be a positive and optimistic person and didn't show any sign of depression to me. He appeared really sincere and trustworthy, so i never doubted. But now, when I think about it more rationally, it doesn't make sense that the military would compensate him for his whole life for something that is already treated. That would be the tax payer money. I also know it is difficult to get 100% compensation from the military. I did research. You have to prove so much. But back then I didn't question him. I didn't know anything about the US military. He said everyone who quits the military, if you have a disability you can get money from the military for life. He told me it was depression so I didn't worry about it a lot. I didn't think treated depression was that serious. Also based on what I saw of him, from living together, he was totally fine.  So back then, the BA and MA program were both funded by the military, as a benefit for veterans. He told me this. We were living together and he got a passive income as a student. So he can support his life in HK. He paid half the rent and could save up, because he didn't spend a lot of money. He had bought a house in WA when he was in the military and he sold that house in 2021, around the time we got married. When we got married, we were picturing our future life together. we thought after a couple of years, we would settle in the mainland and there would be less stress there and my family is there and we wanted to buy a house together there.

He sold his house in WA and he earned about 30 thousand US dollars, something around that. Then he transferred this entire amount to me, to buy a house in my home town. And then we paid the down payment in my hometown. Bought around May 2021 or maybe June 2021. Then in the first year after we got married, he didn't earn money but he got his pension and he would still send money to me. The money he saved up. He would send extra money to me. We bought the house at full price but I borrowed money from my family, not the bank, so we had to repay my family. We did that for a whole year. He probably paid 40-50 thousand US dollars to me. That is his income from the military and the interest from selling the house. Then in 2022, in about he would graduating, so in March 2022, when he was about to graduate, we started to rethink our future plans. Because he still wanted to go back to mainland China for living and working. China was still in Covid lockdown and I hadn't' been home for 2 years. He also wanted to relocate to china, so we thought about applying for jobs in Beijing. I got an offer in Beijing in about May June 2022, he also got a job offer at a kindergarten in March 2022 in Beijing and he started to apply for a work visa. It is very difficult to get. Certificates have to go to the UK and back to Beijing. The procedure took months. It wasn't done by June. What is most challenging- for applying for any type of Chinese visa, you need to disclose any foreign military. And he did that. He didn't get the Visa. But the counselor didn't tell us why. At the same time he was applying for a work visa, we were also applying for a spousal visa, because I am a Chinese citizen.  But that visa too, had to disclose military and that visa was denied as well. I believe it was because of his military background. He also had to disclose that he worked in the intelligence department which may have appeared to the Chinese govt that he worked as a spy. That is what I suspect. I got a job in Beijing but I turned it down because I wanted to stay with Joe. He never believed he didn't get a visa because of his military but because of Covid. In 2022 the border was still closed. He still didn't give up the on trying to go back to china. But then in June to Aug 2022, I already gave up. We tried for half a year. I figured I would stay in HK and be the best to stay in HK and if we wanted to think of having kids, the education is better in HK than the mainland. He was also frustrated by the visa process. He graduated from MA in about June to Aug 2022, he started to look for jobs in HK. It was a private tutoring center for babies under 3- he started as an English teacher there for about a month but at the same time, he looked for jobs in elementary, secondary and high school. He likes teaching older kids more. Because of Covid, a lot of foreigners in HK left. Korean International School- they had a vacancy for a psych teacher. He got the job at this high school. As a psych teacher and home room teacher. That was in Oct 2022- maybe it was Sept 22. That is when our lives started to change.

Living in the mainland is better. Before Aug 22, we lived in a small apt, which was only 50 square meters. We moved to a larger apt, in Aug 22. I was earning more and he was working. Then everything started to get on track.

Then things changed in Sept 2022. One day, he asked me in the evening, did you, let me think how he asked it. he asked if I have ever tried to kill him. I was totally shocked or puzzled to be asked this question. I was totally confused. I couldn't understand how anybody, not to mention a husband, even a friend would ask this question. I said no. why would you think that. He initially said, he sometimes feels like he can't breathe at night. he said he felt like he was

choked.  I was thinking how could that be and his only possibility was that I tried to kill him. I obviously denied this. But I couldn't figure out why he would even think that. We talked for a very long time, to talk about causes, and then he gave more details about what he was feeling. We had two cats, he first thought the cats maybe were sitting on his neck. But even when cats were not in room, he still felt choked. I was really puzzled. I wasn't scared. Because I didn't know what it was. I started to look online. For difficulty for breathing at night. we discussed and came to a conclusion he had a sleeping problem. And he said maybe he has sleep apnea because while in the military he had sleep issues and he went to a lab for testing but the results said he didn't have it. but then he thought he maybe developed it. he said there were four possibilities, I tried to kill him, sleep apnea, schizophrenia and then psychosis and those last two are super serious to me and I don't know anyone with that. I told him he appeared so normal, he can't have those two things. So he believed I was trying to kill him. obviously didn't try to kill him. but I also didn't think he had schizophrenia or psychosis. So it must be sleep apnea. So we did the lab test and the test result showed he had light to moderate sleep apnea. If you have it, maybe you can't breathe at night, so maybe that is why he had that symptom. I thought we found the cause. So he brought a breathing machine. When I think back, this was all abnormal, but back then, I just thought he was stubborn. I didn't think all this was part of his disease. I tried to persuade him that I was not trying to kill him. I bought a camera for our bedroom to prove I am not trying to kill him and to prove my innocence. Then one time he claimed part of the footage was missing and it must be me and I deleted it because I tried to kill him. we argued and argued. But still it didn't cross my mind that he had schizophrenia.

He seemed to be convinced that the feeling of being choked was sleep apnea. So we started to move on. I thought it was time to have a baby. Then he agreed. I thought I saved our relationship, which was stupid. Nov 2022, that is the time when I got pregnant and then everything seemed really well. We had parties for pregnancy, Christmas parties, new years parties. Then in Feb 2023 when I was 4 months pregnant, one day again, he told me I know you know it's not sleep apnea and that you know you tried to kill me. At first I still thought, I would acknowledge his feeling of being choked and it must be real but was really shocked that he would think I would kill him. I was pregnant with his kid. And I couldn't understand he could do that to me. but at first I thought it was all a misunderstanding. There must be some cause that they just didn't find. Then he started to say he saw it. I was riding on him and had my hands around his neck and one night I was pinching his nose and one night I had my arm around him choking him. he was convinced. I thought he was hallucination. I was thinking it was stress induced or he had too much coffee. For a whole week, we arguments every day after work for hours. I tried to convince him I didn't try to kill him. he said there was evidence I tried to kill him. I knew he was allergic to chicken and he said he wouldn't be against trying it again after 20 years and after he tried one bite, I said I was murdering him and he said this was evidence for him. there was a board game we played since we started dating and some are wolves, some are citizens and some are gods and the wolves will kill the good people and while playing I jokingly said, I will try to kill you, in the game and he said that was real. I never thought he had psychiatric problems.

On the weekends, maybe he was tired of arguing, he told me maybe if I am not killing him, maybe he has schizophrenia and should I consider keeping the baby. I broke down immediately. He also told me one more detail. He said one night I saw you twisting my wrist and the other day. Because he plays the piano and loves playing the piano. Well he started playing the piano after we got married. We got our first piano for our marriage. He would practice 8-12 hours a day. After he got a job, he played for 5 hours a day after work. He said one night he saw me twisting his wrists, and when he woke up and played piano, he wrists hurt a lot. So something must have happened. That is the incident when I was really thinking this isn't about having a hard time breathing. That it what was causing all this. But then when he said he said me twisting his wrist, not related to breathing, I knew it was something else. I knew so little about schizophrenia back then. I couldn't imagine something so close to my life. It is stereotypically picture of someone who was violent and he was not violent. I broke down, I went to the family doctor and I told the doctor that I was stressed because I think my husband has schizophrenia and was pregnant and he helped me book an appt with a psychiatrist. But joe wouldn't go to the this doctor because he believed what he thought and believed I was trying to kill him.

We talked a lot about separating, divorce, abortion. In the end I convinced him to see the psych with me. I said I need a diagnosis from the psych to then decide if I wanted an abortion or not. I started to do research and learned there is a genetic component and genes could be passed to my kid. I was still unwilling to accept that he had it and I didn't want it passed to my baby. I told my psychiatrist that if he has it, I want an abortion. In HK, you can get an abortion up to 6 months and I was 5 months pregnant. So we were close to the time I could have a legal abortion. He then finally agreed because time was close. We made an appt on a wed. my friend reminded me that Joey has a pension from the military and isn't it a bit weird that a cured depression would give him a lifelong benefit for something cured and maybe I shouldn't believe all that. So I started realizing I needed to verify it all. i knew where his military paperwork was but never looked but when I was on sick leave, I took the stack of paper from the military and I found that he has a diagnosis from the military that he has schizophrenia and 100% compensates him. so then I knew it was schizophrenia. I didn't tell him I looked at his paperwork so still wanted him to go to the dr. which he did.

We told the psych doctor what was going on. The doctor asked if Joe saw these things during the day and Joe said no, just at night. so after talking with doctor for two hours, the doctor said probably what's called delusional disorder and hallucination but can't diagnosed with schizophrenia and the doctor said because Joe said he didn't see it during the day. But if it's schizophrenia it happens in day and at night. if it wasn't for the military paper, I would have believed this dr. I knew Joe was hiding information from the dr. Joe teaches psych in high school and he teaches on schizophrenia. I think he picked this major because he knew he had it. I think intellectually he knows he has this disease, so he knows to say he doesn't see things during the day. After the doctor appointment, he was pretty happy because he wasn't diagnosed with schizophrenia and asked me to reconsider the abortion.

But obviously delusional disorder and hallucinations are serious too and the doctor tried to tell him to take meds and Joe was firm that he didn't want to. We talked a lot about why he didn't

want meds. He said first of all, he didn't think he was sick, even if he had schizophrenia, the meds is unaffordable. The military gave him this pension so he can get treatment. Joe says the medicine will turn him into a potato. I think because I saw the military paper. It is very hard to diagnosis someone with schizophrenia. It takes so long to talk with the patient and get info. So my understanding is the military must have seen him for a long time to give this kind of diagnosis, I am guessing this. He may have taken meds in the military because if they diagnosed him, they would want to treat him, because he was an active soldier. So that may be why he knew the medicine would turn him into a potato.

I reached out to Joe's sister Mary. I wanted to talk with his family. Joe has always told me he doesn't have a good relationship with his family. He said it is because his family is Christian and he is atheist. Said he would go to hell for not believing in god. Mary is the only family that he can get along with because Mary is also atheist. I didn't want to contact his parents because I thought he wouldn't like that. Before this, I talked with Mary when we got married and had a family call.

We facetimed and I told her what happened and asked if she knew that joe was diagnosed with schizophrenia and she said the family didn't know but suspected it because there were weird signs after he left the military. He told his family people were following him on the streets. Before he flew to China, the family tried to drive him to a doctor against his will. Instead of going to the airport, then drove to the dr. and the doctor said everything was fine. So they couldn't do anything to force treatment.

I told her what happened with Joe and me and that I believe he had this diagnoses. Mary told me she has bipolar and bipolar and schizophrenia are linked. So this runs in the family. I was then even more convinced.

I decided to have an abortion. I told him about the decision and he said he would respect my decision but he really wanted to keep the baby. He asked me a lot of times if I would consider giving birth to the baby and let Joe raise the baby on his own. Which I thought was ridiculous and it would be emotionally impossible. He really wanted to keep the baby. After talking with Mary and the doctor, I learned that there is a higher chance that my kid will have schizophrenia and I decided I wanted an abortion and then I talked with Joe and then he said he respected it.

I asked how he has managed to do so well and have this ailment. The piano- in two years, he learned Beethoven. He was still positive and optimistic, knowing his baby would be aborted and he was calm. He still appeared to be able to hold my emotion because I totally broke down. He told me that he is not brave, he just keeps going. Initially I thought, if I have this baby and he has schizophrenia, how will he live on, but then I see Joe. He could still live happily and with achievement, like his father. So that changed my mind

Also the baby was already alive and I didn't want to deprive him. so I told Joe I would not have an abortion. I had already told my family I was having an abortion. But I changed my mind. My

family was initially not supportive, they also didn't want to take the risk, but in the end, they respected my decision.

He appears to be a high functioning schizophrenic. So I thought maybe this just effects his sleeping. He moved out and he rented his own apt in the end of March. Joe can work, and our kid can go to that school for free education. That is a benefit of being a teacher. I agree with a lot of Joe's ideas about education, so think my kid can benefit from that. Joe learned piano from scratch. He is good at running and swimming. My family did not agree and told me Joe is sick. I tried to stay positive. He said he doesn't feel safe living with me because I tried to kill him.

My due date was in end of July- so 4 months to go after separation. So every day he would come to my place to talk to my baby and play the piano and sing songs to the baby in my stomach. Things kinda remained a bit normal, we just didn't live together. so I thought maybe we are not a normal couple but we can be together as a couple. Because I still loved him back then. Then in the end of July, after I delivered, maybe because my hormones changed, I felt I no longer loved him those months, or I felt that those 4 months of separation I was able to cool down and think about this relationally. I don't have to love Joe to love my kid. Our relationship was toxic. Everything we did together was related to our baby and nothing more. After I delivered, I felt kinda depressed and I was in the position to real separation, real divorce. Because I no longer felt happy with him. but at that time, it's weird, I don't really understand his thoughts, but he was thinking of having a second baby with him after a year. That is ridiculous. I was really mad. I would never take that risk again. The first months he would come to my place every day, it started with 10 hours a day. It was all new and exciting but after a month or two, he would not come by or just stay an hour. I was really frustrated. I didn't think he was a consistent or responsible father. But I realize he is sick and can't control a lot. But was very disappointed and I told him I wanted a divorce. We had talked about a divorce since March.

He agreed to the divorce. Told him I found a divorce lawyer in HK and I was advised that, it would be easiest if it is consensual, so no dispute in court. If disputes, the process can take 2 years. If agreed, can take 6 months. So asked Joe to sign and he did but it can only be filed one year after separation. The earliest time I can submit my application is Dec of this year. So I couldn't file in August.

He really wanted to be in mainland, so he was going to apply for jobs. He said he submitted applications for job. He had an interview at one of the international school, which he went to in America. He applied for that in Sept and had an interview and it was turned down. He asked if he could take our kid to mainland and I told him that is impossible.

I still allowed him to visit our kid every day. I was thinking he can go to US so he can live with family and maybe his family could convince him to seek treatment and I don't think he can get a job in China. The international schools are very competitive. The reason he got the job in HK was due to luck. Not sure he can get a visa either, because of his military background.

One week before going back to US, he said the FBI had a job. And he wrote a long letter to the FBI. 5 page letter. He claimed that he raped his sister when he was 6 and his whole family punished him by trying to kill him. he told me the FBI planted a device in his mind, so he could be reformed. And said I wanted to kill him in the letter. He said he received an invitation from the FBI and the FBI invited him to an interview the following week. He sent me the letter and I knew the part about me was not real. But didn't know if the part about his childhood was real. I so contacted Mary and sent her the letter. Mary told me the contents of the letter are not real and the FBI did not contact him. I thought the FBI interview was a hallucination. i told him on the day he told me he was going for an FBI interview that he could no longer see my kid. If he tells this story that he wrote, to my kid, it would have a huge negative impact. I told him he needed to seek treatment. After talking with Mary I didn't believe there was an interview. I thought it was something in his mind, that he would fly there and then fly back. I saw him the week before he went to America. It was a Friday.

Then the next week, he asked me if I had changed my mind about our kid and I said I had not changed my mind. He went to America on a Friday.

*Talked with anyone in govt about joe?* No, in HK or China no one is asking about him. I don't think it is high profile case here yet. because he is just a patient. He is not a spy, or Chinese authorities think he is a spy. No body would be so foolish to believe. No one would send this info over gmail. That is not how to spy.

Read the court filing and an affidavit that is published on the court website.

*FBI reached out?* no

*Talk with you about info he had?* He didn't talk with me about information he wanted to share but told me he wanted to help China by contributing to the development of China. Never told me the device he kept

*The Device?* I read in the paper, that he kept a device from the military which allows access to databases.


**November 28th call:**

His condition is worsening. It's super bad now. His condition. He needs to see a psych doctor, get treatment. If he doesn't take medication, it will get worse

*Why super bad now?* Our conversation before he flew to America. He talked about devices all over his veins and to monitor his thoughts and behavior

*Any red flags in 2020?* In 2020 when we first dated, when we started sleeping together. A few times in a month he would wake up in the middle of the night and like sleep walking, and

rushing to the door and yell, help help and then he would wake up and he said he couldn't remember. He claimed he didn't remember. When I think back, I was suspecting it was since he slept with me, but not sure if that is when he started seeing me try to kill him

*Anything else you remember and want to share?* Super super stubborn from very beginning. Impossible to persuade him on anything. Once he made up his mind. It was done. He opened soy milk and I told him to put it in the fridge but he wouldn't. He would leave it out and drink it and get sick. He insists on anything he believes. At the time I thought he was stubborn, but now I think back and it's not a normal person's level of stubbornness. It's impossible to dissuade him on anything

*Have you two been talking since he has been in custody?* He reached out to me first and I accepted and I wrote him and then he wrote back talking about how bad prison is and missing his free time. I told him about ▇▇▇ and he wrote me and asked for 50/50 custody when he is freed and would I allow him to see him if he sought treatment and I haven't replied to that yet. obviously my answer is certain but I haven't told him yet.

*Does he talk about the device in emails?* No

*Does he talk about voices?* No. he doesn't talk to me about this. Mary told me this.

I am still in touch with Mary

*Sibling he has more of a connection to?* Mary. He has always told me he is not in a good relationship with them because they are all Christian and she is an atheist. Everyone will have their own view. So maybe talking to all. Mary is the only one I talk to. The stories I know are from Joseph and Mary. The picture he painted is that joey doesn't get along with mom and other siblings. They appear to get along, they can talk nicely but after hanging up, joey would always say something nasty- "they don't love me. they are superficial. "

*Know of any head injuries with Joseph?* Yes- but I don't remember the timeline but I think in his childhood or teenage he said. There was one head injury- he said he was on a motorcycle. Maybe in his 20's and he was injured. Another time, in his childhood, he was doing monkey bars and fell down.

*Hurt his head or something else?* He said he hurt his head
The things he claimed about his childhood. I have fact checked, and most turn out to be not real. Now I just question it all. I can't say. I am skeptical.

*Any other examples that seemed off?* There was one incident that he seems so haunted. He facetimed his mom and questioned her. He claimed that when he was really young, his mom locked him in the car in the desert in Arizona and left him crying in the car for a really long time. He said his mom was raising him negligently and almost killed him. He questioned her 2-3 times and she denied it. Mary denied this happening too. But this incident haunted him. He talked

about it all the time. He thinks his waking up in the middle of the night was a flashback to his childhood. After he realized this, his nightmares stopped a bit.

END