# Exhibit 6

 

| | | | |
|---|---|---|---|
| REF./TO | : TRINITY MEDICAL CENTRE | | |
| Patient Name | : SCHMIDT JOSEPH DANIEL | Report Date | : 14/05/2020 (13:33) |
| Patient ID | : | Date of Birth | : |
| Sex/Age | : M/29 | Your Ref No. | : |
| Date of Exam | : 13/05/2020 | Our Ref No. | : TA-2005000532 |

## CONTRAST MRI OF THE BRAIN
## MR ANGIOGRAPHY OF THE BRAIN AND NECK

### CLINICAL INFORMATION

Episodic headache for few years. Family history of brain tumour. Titanium in one tooth.

### SEQUENCES

**[MRI of the Brain]**

3D T1 FFE Axial with MPR (P+C)

T2 TSE Axial

T2 FLAIR Coronal

DWI/ADC Axial

VEN BOLD (SWI) Axial

**[MR Angiography of the Brain and Neck]**

Time-of-flight (TOF) MRA of Circle of Willis

Contrast-Enhanced CE-MRA of carotid and vertebral arteries

### FINDINGS

**[Brain]**

No abnormal parenchymal signal intensity or space occupying lesion is seen.

Grey-white differentiation is preserved.

*Duplicate Copy*

同理心 | 專業 | 誠信
Compassion | Professionalism | Integrity

'看哪，我要使這城得以痊愈安舒，使城中的人得醫治，又將豐盛的平安和誠實顯明與他們。' 耶利米書 33:6
'Behold, I will bring to it health and healing, and I will heal them and reveal to them abundance of prosperity and security.' Jeremiah 33:6

Page 1 of 3

 

| | | | |
|---|---|---|---|
| REF./TO | : TRINITY MEDICAL CENTRE | | |
| Patient Name | : SCHMIDT JOSEPH DANIEL | Report Date | : 14/05/2020 (13:33) |
| Patient ID | : | Date of Birth | : |
| Sex/Age | : M/29 | Your Ref No. | : |
| Date of Exam | : 13/05/2020 | Our Ref No. | : TA-2005000532 |

No enhancing mass or abnormal leptomeningeal enhancement is demonstrated.

No abnormal area of restricted diffusion is seen.

No abnormal susceptibility artefact is detected.

No extra-axial fluid collection or structural midline shift.

Sizes of sulci, cisterns and ventricles are unremarkable.

Hypertrophy of right nasal turbinates, likely related to rhinitis.

The paranasal sinuses are clear

### [MR Angiography of Circle of Willis, bilateral carotid & vertebral arteries]

Bilateral anterior cerebral arteries (ACA), middle cerebral arteries (MCA), posterior cerebral arteries (PCA) and the intra-cranial vertebrobasilar system are patent, with no evidence of significant stenosis or aneurysmal dilatation.

Bilateral common carotid arteries (CCA), internal carotid arteries (ICA) and extra-cranial vertebral arteries (VA) are patent with smooth outline, and demonstrate no significant stenosis or aneurysmal dilatation.

同理心 | 專業 | 誠信
Compassion | Professionalism | Integrity

'看哪‧我要使這城得以痊癒安舒‧使城中的人得醫治‧又將豐盛的平安和誠實顯明與他們‧' 耶利米書 33:6
'Behold, I will bring to it health and healing, and I will heal them and reveal to them abundance of prosperity and security.' Jeremiah 33:6

Page 2 of 3




| | | |
|---|---|---|
| REF./TO | : TRINITY MEDICAL CENTRE | |
| Patient Name | : SCHMIDT JOSEPH DANIEL | Report Date : 14/05/2020 |
| Sex/Age | : M/29 | Your Ref No. : |
| Date of Exam | : 13/05/2020 | Our Ref No. : TA-2005000532 |

## COMMENTS

- No focal abnormality detected in the brain. There is no evidence of acute infarction, intra-cranial haemorrhage or extra-axial collection.

- MR angiography of the brain and neck shows no abnormality, with no significant stenosis or aneurysmal dilatation demonstrated.

- Hypertrophy of right nasal turbinates, likely related to rhinitis.

Authorized and Reported: 14/05/2020 01:33:11 PM
Printed: 22/01/2024 10:41:03 AM
VK

Dr. Tam Hiu Tung Patrick
Specialist in Radiology
MBBS (HK), MRCSEd, FRCR, FHKCR, FHKAM (Radiology)

同理心 | 專業 | 誠信
Compassion | Professionalism | Integrity

'看哪，我要使這城得以痊癒安舒，使城中的人得醫治，又將豐盛的平安和誠實顯明與他們。' 耶利米書 33:6
'Behold, I will bring to it health and healing, and I will heal them and reveal to them abundance of prosperity and security.' Jeremiah 33:6